THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
COREY M. DAY (SB #311021)
corey.day@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CATHY HOBBS, | Case No. 2:20-cv-00242-WBS-AC |
|---|---|
| Plaintiff, | CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SELECT PORTFOLIO SERVICING, INC. |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and SELECT PORTFOLIO SERVICING, INC., | (Fed. R. Civ. Proc. 7.1) |
| Defendants. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SELECT PORTFOLIO SERVICING, INC.
105499958.1 0052161-00006

-1-

2:20-CV-00242-WBS-AC

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant SELECT PORTFOLIO SERVICING, INC. ("SPS") makes the following disclosures:

- Defendant Select Portfolio Servicing, Inc. is a corporation organized under the laws of the State of Utah, and is a wholly owned subsidiary of SPS Holding Corp., which is also a wholly-owned subsidiary of Credit Suisse Holdings (USA, Inc.), which is jointly-owned by Credit Suisse AG and Credit Suisse Group AG.  Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG.  The shares of Credit Suisse Group AG are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

DATED:  February 28, 2020

STOEL RIVES LLP

By: /s/ Corey M. Day
THOMAS A. WOODS
COREY M. DAY
Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SELECT PORTFOLIO SERVICING, INC.
105499958.1 0052161-00006

-2-

2:20-CV-00242-WBS-AC