Terri R. Brown, Esq.  (IN #26279-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
(Designated for Service)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CATHY HOBBS,<br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and SELECT PORTFOLIO SERVICING, INC.;<br>          Defendants. | CASE NO. 2:20-cv-00242-WBS-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Cathy Hobbs, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:20-cv-00242-WBS-AC**

                              Respectfully submitted,

Date: July 16, 2020                /s/ Joseph B. Angelo (as authorized on 7/16/20)
                              Joseph B. Angelo, Esq.
                              Gale, Angelo, Johnson, & Pruett, P.C.
                              1430 Blue Oaks Boulevard, Suite 250
                              Roseville, CA  95747
                              Telephone:  (916) 290-7778
                              Fax:  (916) 721-2767
                              E-Mail:  jangelo@gajplaw.com

                              *Counsel for Plaintiff Cathy Hobbs*

Date: July 16, 2020                /s/ Terri R. Brown
                              Terri R. Brown, Esq.  (IN #26279-49)
                                *(admitted Pro Hac Vice)*
                              Schuckit & Associates, P.C.
                              4545 Northwestern Drive
                              Zionsville, IN  46077
                              Telephone:  317-363-2400
                              Fax:  317-363-2257
                              E-Mail:  tbrown@schuckitlaw.com

                              *Lead Counsel for Defendant Trans Union, LLC*

                              Eileen T. Booth, Esq. (CSB #182974)
                              Jacobsen & McElroy PC
                              2401 American River Drive, Suite 100
                              Sacramento, CA  95825
                              Telephone:  916-971-4100
                              Fax:  916-971-4150
                              E-Mail:  ebooth@jacobsenmcelroy.com

                              *Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:20-cv-00242-WBS-AC**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Cathy Hobbs against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Cathy Hobbs and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: July 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DISTRIBUTION TO:

| | |
|---|---|
| Joseph Angelo, Esq. <br> jangelo@gajplaw.com | Jennifer Sun, Esq. <br> jennifersun@jonesday.com |
| Samuel A. Micon, Esq. <br> smicon@jonesday.com | Eileen T. Booth, Esq. <br> jhawkins@jacobsenmcelroy.com |
| Terri R. Brown, Esq. <br> tbrown@schuckitlaw.com | |