Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Cathy Hobbs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

CATHY HOBBS,

            Plaintiff,

     vs.

EXPERIAN INFORMATION SOLUTIONS, INC., et. al.

            Defendants.

Case No.: 2:20-cv-00242-WBS-AC

**ORDER**

    Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated:  January 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE